GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 15-25223

Re:   HABEEB-ULLAH ABDUR-RAHIM MUHAMMAD           Atty:   GOLDMAN & BESLOW, LLC
      SHAWN YALETTE MUHAMMAD                              ATTORNEYS AT LAW
      154 MILL STREET                                     7 GLENWOOD AVE, SUITE 311B
      BELLEVILLE,  NJ  07109                              EAST ORANGE, NJ  07017

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

## RECEIPTS AS OF 01/15/2020                                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/28/2015 | $200.00 | 17204459543 | 10/20/2015 | $200.00 | 17281356879 |
| 12/01/2015 | $200.00 | 17281667657 | 12/28/2015 | $200.00 | 17326831376 |
| 02/08/2016 | $200.00 | 17326984141 | 03/07/2016 | $200.00 | 17327107088 |
| 03/22/2016 | $200.00 | 17348422242 | 04/15/2016 | $200.00 | 17386348111 |
| 05/10/2016 | $200.00 | 17386564840 | 06/13/2016 | $200.00 | 17386306936 |
| 07/11/2016 | $200.00 | 17433087840 | 08/11/2016 | $200.00 | 17433104649 |
| 09/13/2016 | $200.00 | 17433312508 | 10/12/2016 | $200.00 | 17469104077 |
| 11/09/2016 | $200.00 | 17433312087 | 12/09/2016 | $200.00 | 17483722429 |
| 01/10/2017 | $200.00 | 17483722768 | 02/10/2017 | $200.00 | 17528630813 |
| 03/09/2017 | $200.00 | 17528631574 | 04/13/2017 | $200.00 | 17561481449 |
| 05/10/2017 | $200.00 | 17561337266 | 06/14/2017 | $200.00 | 17594599325 |
| 07/18/2017 | $200.00 | 17561590526 | 08/30/2017 | $200.00 | 17624121045 |
| 10/17/2017 | $200.00 | 17648750924 | 10/25/2017 | $200.00 | 17648808705 |
| 11/14/2017 | $200.00 | 17648683989 | 12/27/2017 | $200.00 | 17253740272 |
| 01/31/2018 | $200.00 | 17698952433 | 02/27/2018 | $200.00 | 17709814975 |
| 03/29/2018 | $200.00 | 17737059732 | 04/26/2018 | $200.00 | 17751443733 |
| 05/23/2018 | $200.00 | 17767197911 | 06/29/2018 | $200.00 | 17753680042 |
| 07/31/2018 | $200.00 | 17789045240 | 08/24/2018 | $200.00 | 17805698106 |
| 09/28/2018 | $200.00 | 17821006214 | 11/01/2018 | $200.00 | 17842832454 |
| 12/04/2018 | $200.00 | 17830448646 | 01/07/2019 | $200.00 | 17859855148 |
| 01/31/2019 | $200.00 | 17881861588 | 02/28/2019 | $200.00 | 17881861951 |
| 04/04/2019 | $200.00 | 17894758284 | 05/01/2019 | $200.00 | 17962241167 |
| 05/30/2019 | $200.00 | 17972324226 | 07/09/2019 | $200.00 | 17975871412 |
| 07/31/2019 | $200.00 | 17991128589 | 09/04/2019 | $200.00 | 17991129119 |
| 09/27/2019 | $200.00 | 17984394445 | 10/24/2019 | $200.00 | 19044672510 |
| 12/04/2019 | $200.00 | 19032164976 | 01/06/2020 | $200.00 | 19042658345 |

**Total Receipts: $10,400.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $10,400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020                     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 15-25223**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 07/17/2017 | $16.55 | 8,000,315 | | 08/14/2017 | $16.56 | 8,000,332 |
| | 09/25/2017 | $16.55 | 8,000,348 | | 11/20/2017 | $33.10 | 8,000,380 |
| | 05/20/2019 | $8.58 | 8,001,028 | | 06/17/2019 | $19.94 | 8,001,068 |
| | 08/19/2019 | $39.88 | 8,001,155 | | 10/21/2019 | $40.93 | 8,001,242 |
| | 11/18/2019 | $19.69 | 8,001,283 | | 01/13/2020 | $19.69 | 8,001,369 |
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
| | 07/17/2017 | $6.11 | 8,000,323 | | 07/17/2017 | $54.11 | 8,000,323 |
| | 08/14/2017 | $6.10 | 8,000,334 | | 08/14/2017 | $54.12 | 8,000,334 |
| | 09/25/2017 | $6.12 | 8,000,349 | | 09/25/2017 | $54.11 | 8,000,349 |
| | 11/20/2017 | $12.20 | 8,000,379 | | 11/20/2017 | $108.23 | 8,000,379 |
| | 05/20/2019 | $28.05 | 8,001,025 | | 06/17/2019 | $10.54 | 8,001,067 |
| | 06/17/2019 | $65.19 | 8,001,067 | | 08/19/2019 | $14.72 | 8,001,154 |
| | 08/19/2019 | $130.38 | 8,001,154 | | 10/21/2019 | $15.09 | 8,001,249 |
| | 10/21/2019 | $133.76 | 8,001,249 | | 11/18/2019 | $7.27 | 8,001,287 |
| | 11/18/2019 | $64.38 | 8,001,287 | | 01/13/2020 | $7.27 | 8,001,366 |
| | 01/13/2020 | $64.37 | 8,001,366 | | | | |
| CAVALRY SPV I LLC | | | | | | | |
| | 05/20/2019 | $22.73 | 825,421 | | 06/17/2019 | $52.84 | 827,451 |
| | 08/19/2019 | $105.68 | 831,263 | | 10/21/2019 | $108.43 | 835,302 |
| | 11/18/2019 | $52.18 | 837,392 | | 01/13/2020 | $52.18 | 841,203 |
| CAVALRY SPV I, LLC | | | | | | | |
| | 07/17/2017 | $43.86 | 783,516 | | 08/14/2017 | $43.86 | 785,293 |
| | 09/25/2017 | $43.86 | 787,204 | | 11/20/2017 | $87.72 | 790,787 |
| LVNV FUNDING LLC | | | | | | | |
| | 07/17/2017 | $34.01 | 783,849 | | 08/14/2017 | $34.01 | 785,638 |
| | 09/25/2017 | $34.01 | 787,553 | | 11/20/2017 | $68.02 | 791,134 |
| | 05/20/2019 | $17.63 | 825,744 | | 06/17/2019 | $40.97 | 827,740 |
| | 08/19/2019 | $81.94 | 831,585 | | 10/21/2019 | $84.08 | 835,619 |
| | 11/18/2019 | $40.46 | 837,689 | | 01/13/2020 | $40.46 | 841,483 |
| NATIONSTAR MORTGAGE LLC | | | | | | | |
| | 12/19/2016 | $106.07 | 769,594 | | 01/17/2017 | $188.20 | 771,568 |
| | 02/21/2017 | $188.20 | 773,396 | | 03/13/2017 | $188.20 | 775,406 |
| | 04/14/2017 | $188.20 | 777,145 | | 05/15/2017 | $188.20 | 779,025 |
| | 06/19/2017 | $188.20 | 780,972 | | | | |
| NISSAN-INFINITI LT | | | | | | | |
| | 07/17/2017 | $28.82 | 783,954 | | 08/14/2017 | $28.82 | 785,732 |
| | 09/25/2017 | $28.82 | 787,674 | | 11/20/2017 | $57.66 | 791,237 |
| PSE&G | | | | | | | |
| | 08/14/2017 | $5.67 | 785,867 | | 11/20/2017 | $8.49 | 791,361 |
| | 08/19/2019 | $11.71 | 831,829 | | 10/21/2019 | $7.01 | 835,872 |
| | 01/13/2020 | $6.73 | 841,726 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 09/25/2017 | $5.70 | 787,819 | | 06/17/2019 | $7.08 | 827,961 |
| | 10/21/2019 | $9.29 | 835,883 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 544.78 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,245.71 | 100.00% | 6,245.71 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT & T | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 1,425.90 | * | 85.42 | |
| 0005 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 12,631.87 | * | 756.70 | |

**Chapter 13 Case # 15-25223**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0006 | AMERICAN EXPRESS BANK | UNSECURED | 3,864.12 | * | 231.47 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | BELLEVILLE WATER DEPARTMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | BLACK EXPRESSIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | COMCAST | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | DELL FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | EOS CCA | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | ESSEX COUNTY PROBATION DIVISION/C | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | FIRST TENNESSEE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | GINNY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | HSBC CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SELECT PORTFOLI SERVICING INC | MORTGAGE ARRE | 1,047.07 | 100.00% | 1,047.07 | |
| 0024 | NEW COMMUNITY FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | NISSAN MOTOR ACCEPTANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | NISSAN-INFINITI LT | VEHICLE SECURE | 144.12 | 100.00% | 144.12 | |
| 0029 | PSE&G | UNSECURED | 661.26 | * | 39.61 | |
| 0032 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | RIDGE TOP SUMMIT | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | SEVENTH AVENUE | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | SPRINT | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | T-MOBILE | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | QUANTUM3 GROUP LLC | UNSECURED | 443.82 | * | 22.07 | |
| 0040 | URSULA S. PITTS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0041 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | WACHOVIA | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | CAVALRY SPV I LLC | UNSECURED | 10,238.58 | * | 613.34 | |
| 0048 | LVNV FUNDING LLC | UNSECURED | 7,939.17 | * | 475.59 | |

**Total Paid:  $10,205.88**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $10,400.00     -     Paid to Claims: $3,415.39     -     Admin Costs Paid: $6,790.49     =     Funds on Hand: $194.12

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.