Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15–25223–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Habeeb–Ullah Abdur–Rahim Muhammad | Shawn Yalette Muhammad |
| fdba Bld's Fast Foods | aka Shawn Y. Simmons |
| 154 Mill Street | 154 Mill Street |
| Belleville, NJ 07109 | Belleville, NJ 07109 |

Social Security No.:
  xxx–xx–1515                                           xxx–xx–7732

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/2/20 at 10:00 AM

to consider and act upon the following:

*104* – Certification in Opposition to (related document:102 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 8/3/2020. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie–Ann Greenberg) filed by David G. Beslow on behalf of Habeeb–Ullah Abdur–Rahim Muhammad, Shawn Yalette Muhammad. (Attachments: # 1 Exhibit A) (Beslow, David)

Dated: 7/27/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court