Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−25223−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Habeeb−Ullah Abdur−Rahim Muhammad
fdba Bld's Fast Foods
154 Mill Street
Belleville, NJ 07109

Shawn Yalette Muhammad
aka Shawn Y. Simmons
154 Mill Street
Belleville, NJ 07109

Social Security No.:
xxx−xx−1515

xxx−xx−7732

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/2/20 at 10:00 AM

to consider and act upon the following:

*104* − Certification in Opposition to (related document:102 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/3/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Habeeb−Ullah Abdur−Rahim Muhammad, Shawn Yalette Muhammad. (Attachments: # 1 Exhibit A) (Beslow, David)

Dated: 7/27/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-25223-RG
Habeeb-Ullah Abdur-Rahim Muhammad                                        Chapter 13
Shawn Yalette Muhammad
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 27, 2020
                              Form ID: ntchrgbk        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2020.
db/jdb         +Habeeb-Ullah Abdur-Rahim Muhammad,   Shawn Yalette Muhammad,   154 Mill Street,
                 Belleville, NJ 07109-2415
lm            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX  75067)
cr             +Nationstar Mortgage LLC,   C/O Buckley Madole, P.C.,   99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr             +Nationstar Mortgage LLC,   Stern, Lavinthal & Frankenberg,   105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee Et
               Al... bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Brian C. Nicholas    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee Et
               Al... bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Clifford B. Frish    on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad
               yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              Clifford B. Frish    on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee Et
               Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as
               Trustee Et Al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark Goldman    on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC
               phillip.raymond@mccalla.com,   mccallaecf@ecf.courtdrive.com

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2020
                                  Form ID: ntchrgbk        Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 15