Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15–25223–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Habeeb–Ullah Abdur–Rahim Muhammad
fdba Bld's Fast Foods
154 Mill Street
Belleville, NJ 07109

Shawn Yalette Muhammad
aka Shawn Y. Simmons
154 Mill Street
Belleville, NJ 07109

Social Security No.:
xxx–xx–1515

xxx–xx–7732

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 7, 2015.

On 7/29/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:           September 2, 2020
Time:           08:30 AM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 30, 2020
JAN: mff

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                              Case No. 15-25223-RG
Habeeb-Ullah Abdur-Rahim Muhammad                                   Chapter 13
Shawn Yalette Muhammad
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Jul 30, 2020
                              Form ID: 185             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db/jdb         +Habeeb-Ullah Abdur-Rahim Muhammad,    Shawn Yalette Muhammad,    154 Mill Street,
                 Belleville, NJ 07109-2415
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640
cr             +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
515680898      +American Express,    P.O. Box 297804,   Fort Lauderdale, FL 33329-7804
515887411       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515680899       American Express Blue,    P.O. Box 7863,   Fort Lauderdale, FL 33329
515680900       American Express Business Card,    P.O. Box 7863,    Fort Lauderdale, FL 33320
515836723       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515680903      +Bank of America,    P.O. Box 15026,   Wilmington, DE 19850-5026
515680902      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
515680904       Bank of America,    P.O. Box 2463,   Spokane, WA 99210
515680905      +Belleville Water Department,    152 Washington Avenue,    Belleville, NJ 07109-2589
515680906      +Black Expressions,    c/o RJM Acquisions, LLC,    575 Underhill Blvd., Ste. 224,
                 Syosset, NY 11791-3416
515680901     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: AT & T,     P.O. Box 183051,    Columbus, OH 43218)
515680907      +Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
515680911      +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
515680912      +Essex County Probation,    50 W Market St,   Newark, NJ 07102-1694
515680913       Fingerhut,    c/o RJM Acquisition Funding, LLC,    P.O. Box 18013,    Hauppauge, NY 11788
515680914      +First Tennessee Bank,    1555 Lynnfield Rd,   Memphis, TN 38119-7227
515680916       HSBC Card Services,    P.O. Box 21550,   Tulsa, OK 74121
515680918     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,      350 Highland Dr,    Lewisville, TX 75067)
515680922     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissn Inf Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
515680919      +New Community FCU,    274 So. Orange Avenue,   Newark, NJ 07103-2419
515754699       Nissan,   POB 660366,    Dallas, TX  75266-0366
515680920      +Nissan Motor Acceptanc,    Po Box 660360,   Dallas, TX 75266-0360
515680923      +Office of Child Support,    Chancery Division, Family Part,    Middlesex County,
                 P.O. Box 2691/ 120 New Street,    New Brunswick, NJ 08901-1953
515680924      +P.S.E. & G,    P.O. Box 14444,   New Brunswick, NJ 08906-4444
515680927      +PNC Bank, N.A.,    P.O. Box  5570,   Cleveland, OH 44101-0570
515680926      +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
515680925      +Pnc Bank,    Attn: Bankruptcy,    Po Box 5570,   Cleveland, OH 44101-0570
515680929      +Ridgetop Village,    c/o Aspen National Collection,    P.O. Box 10689,
                 Brooksville, FL 34603-0689
515680933      +Target Card Services,    P.O. Box 9500,   Minneapolis, MN 55440-9500
515680934      +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
515680935      +Ursula S. Pitts,    33 Warren Street,   Carteret, NJ 07008-3327
515680939     ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Wachovia,     P.O. Box 15026,    Wilmington, DE 19850-5026)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 23:50:18      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 23:50:17      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515680897      +E-mail/Text: ally@ebn.phinsolutions.com Jul 30 2020 23:49:23      Ally  Financial,
                 Po Box 105677,    Atlanta, GA 30348-5677
515680896      +E-mail/Text: ally@ebn.phinsolutions.com Jul 30 2020 23:49:23      Ally  Financial,
                 Attn: Bankruptcy Dept,    Po Box 130424,    Roseville, MN 55113-0004
515762940      +E-mail/Text: bankruptcy@cavps.com Jul 30 2020 23:50:27      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515680908      +E-mail/Text: documentfiling@lciinc.com Jul 30 2020 23:49:22      Comcast,    P.O. Box 1809,
                 Union, NJ 07083-1809
515680909       E-mail/PDF: DellBKNotifications@resurgent.com Jul 30 2020 23:58:07      Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    Po Box 81577,    Austin, TX 78708
515680910       E-mail/PDF: DellBKNotifications@resurgent.com Jul 30 2020 23:58:07      Dell Financial Services,
                 Po Box 81607,   Austin, TX 78708-1607
515680915       E-mail/Text: bankruptcy@sccompanies.com Jul 30 2020 23:51:00      Ginny's,    1112 7th Avenue,
                 Monroe, WI 53566-1364
515816975       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 23:57:06
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516172332      +E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2020 23:50:11
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
```

```
District/off: 0312-2          User: admin              Page 2 of 3             Date Rcvd: Jul 30, 2020
                              Form ID: 185             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516172331        E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2020 23:50:11
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
515680928       +E-mail/Text: bankruptcy@pinnaclerecovery.com Jul 30 2020 23:51:01       Ridge Top Summit,
                 c/o Pinnacle Recovery, Inc.,    P.O. Box 130848,    Carlsbad, CA 92013-0848
515680931        E-mail/Text: appebnmailbox@sprint.com Jul 30 2020 23:50:16       Sprint,    P.O. Box 4191,
                 Carol Stream, IL 60197
517908791       +E-mail/Text: jennifer.chacon@spservicing.com Jul 30 2020 23:50:57
                 Select Portfolio Servicing, Inc,    as servicer for Federal Home Loan Mortg,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
515680930       +E-mail/Text: bankruptcy@sccompanies.com Jul 30 2020 23:51:00       Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
515680932       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2020 23:50:16       T-Mobile,    c/o MCM,
                 8875 Aero Drive,    San Diego, CA 92123-2251
515779140       +E-mail/Text: bncmail@w-legal.com Jul 30 2020 23:50:21       TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515680937       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 30 2020 23:49:19
                 Verizon,    500 Technology Dr,    Ste 550,    Weldon Spring, MO 63304-2225
515680938       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 30 2020 23:49:20
                 Verizon,    Po Box 49,    Lakeland, FL 33802-0049
515680936       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 30 2020 23:49:19
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX   75067)
515866578*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515680917*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
515913063*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, Texas 75261-9741)
515680921*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court:   Nissn Inf Lt,    Attn: Bankruptcy,    8900 Freeport Parkway,
                 Irving, TX 75063)
517908792*     +Select Portfolio Servicing, Inc,    as servicer for Federal Home Loan Mortg,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
                                                                                    TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee Et
               Al... bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Brian C. Nicholas    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee Et
               Al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Clifford B. Frish    on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad
               yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
```

```
District/off: 0312-2           User: admin                 Page 3 of 3                  Date Rcvd: Jul 30, 2020
                               Form ID: 185                Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Clifford B. Frish    on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        David G. Beslow    on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        David G. Beslow    on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
        Kevin Gordon McDonald    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Mark  Goldman    on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Mark  Goldman    on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
        Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

        TOTAL: 15