**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
1 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease        1 Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## New Jersey

In Re:  Habeeb-Ullah Abdur-Rahim Muhammad
        Shawn Yalette Muhammad

Case No.: **15-25223**
Judge:

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original  
☐ Motions Included  

☑ Modified/Notice Required  
☐ Modified/No Notice Required  

Date: **7/29/20**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **DGB**       Initial Debtor:  **HAM**       Initial Co-Debtor  **SYM**

## Part 1: Payment and Length of Plan

a. The debtor **has paid in $11,600 into the plan through July 2020** and shall pay  **625.00 Monthly**  to the Chapter 13 Trustee, starting on **August 2020** for approximately **25 months, which includes a 24 month extension under the Cares Act.**

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection         **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Chapter 13 Trustee | Administrative Expenses | Unknown |
| Goldman & Beslow, LLC | Legal Fees and Costs | Unknown |
| | | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:
   ☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Select Portfolio Servicing | 1st mortgage post-petition arrears re: 154 Mill Street, Belleville, NJ. As per agreed order resolving motion for relief from stay | 13,062.05 | 0% | 13,062.05 | regular ongoing monthly payments |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **PNC Mortgage** | **154 Mill Street Belleville, NJ** | $47,178.00 | $150,000.00 | $167,647.00 | 0 | 0% | pro-rata payment as unsecured claim |
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Shawnee-on-Delaware** | **Time Share Interval No. 8 Unit # Rt. 227 Ridge Top Village Smithfield Township, Monroe County, PA.** | 2,000.00 | $8,273.68 |

f. **Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

Creditor

g. **Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |
| | | |
| | | |

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☐    Not less than ___ percent

☑    *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected,

except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:  Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| PNC Bank | 154 Mill Street Belleville, NJ | $47,178.00 | $150,000.00 | $167,647.00 | 0 | entire lien |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## Part 8:  Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or

5

coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) **Chapter 13 Standing Trustee Commissions**
2) **Other Administrative Claims - including Attorney Fees & Costs**
3) **Priority Claims**
4) **Secured Claims**
5) **Lease Arrearages**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **9/9/2015**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Roll-up of post-petition mortgage arrears under plan with a Cares Act extension for 24 months | Payment increases to $625.00 for 25 months beginning in August 2020 (which includes a 24 month extension under Cares Act) |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  **July 29, 2020**              /s/ **Habeeb-Ullah Abdur-Rahim Muhammad**
                                      **Habeeb-Ullah Abdur-Rahim Muhammad**
                                      Debtor

Date:  **July 29, 2020**              /s/ **Shawn Yalette Muhammad**

6

**Shawn Yalette Muhammad**
Joint Debtor

Date  July 29, 2020     /s/ David G. Beslow, Esq.
**David G. Beslow, Esq.**
Attorney for the Debtor(s)

7

```
                                  United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                              Case No. 15-25223-RG
Habeeb-Ullah Abdur-Rahim Muhammad                                                   Chapter 13
Shawn Yalette Muhammad
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 3                   Date Rcvd: Jul 30, 2020
                               Form ID: pdf901              Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db/jdb         +Habeeb-Ullah Abdur-Rahim Muhammad,    Shawn Yalette Muhammad,    154 Mill Street,
                 Belleville, NJ 07109-2415
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640
cr             +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
515680898      +American Express,    P.O. Box 297804,    Fort Lauderdale, FL 33329-7804
515887411       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515680899       American Express Blue,    P.O. Box 7863,    Fort Lauderdale, FL 33329
515680900       American Express Business Card,    P.O. Box 7863,    Fort Lauderdale, FL 33320
515836723       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515680903      +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
515680902      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
515680904       Bank of America,    P.O. Box 2463,    Spokane, WA 99210
515680905      +Belleville Water Department,    152 Washington Avenue,    Belleville, NJ 07109-2589
515680906      +Black Expressions,    c/o RJM Acquisions, LLC,    575 Underhill Blvd., Ste. 224,
                 Syosset, NY 11791-3416
515680901     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: AT & T,    P.O. Box 183051,    Columbus, OH 43218)
515680907      +Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
515680911      +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
515680912      +Essex County Probation,    50 W Market St,    Newark, NJ 07102-1694
515680913       Fingerhut,   c/o RJM Acquisition Funding, LLC,    P.O. Box 18013,    Hauppauge, NY 11788
515680914      +First Tennessee Bank,    1555 Lynnfield Rd,    Memphis, TN 38119-7227
515680916       HSBC Card Services,    P.O. Box 21550,    Tulsa, OK 74121
515680918     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     350 Highland Dr,    Lewisville, TX 75067)
515680922     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissn Inf Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
515680919      +New Community FCU,    274 So. Orange Avenue,    Newark, NJ 07103-2419
515754699       Nissan,   POB 660366,    Dallas, TX  75266-0366
515680920      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
515680923      +Office of Child Support,    Chancery Division, Family Part,    Middlesex County,
                 P.O. Box 2691/ 120 New Street,    New Brunswick, NJ 08901-1953
515680924      +P.S.E. & G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
515680927      +PNC Bank, N.A.,    P.O. Box  5570,    Cleveland, OH 44101-0570
515680926      +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
515680925      +Pnc Bank,   Attn: Bankruptcy,    Po Box 5570,    Cleveland, OH 44101-0570
515680929      +Ridgetop Village,    c/o Aspen National Collection,    P.O. Box 10689,
                 Brooksville, FL 34603-0689
515680933      +Target Card Services,    P.O. Box 9500,    Minneapolis, MN 55440-9500
515680934      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
515680935      +Ursula S. Pitts,    33 Warren Street,    Carteret, NJ 07008-3327
515680939     ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Wachovia,    P.O. Box 15026,    Wilmington, DE 19850-5026)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 23:50:18      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 23:50:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515680897      +E-mail/Text: ally@ebn.phinsolutions.com Jul 30 2020 23:49:23      Ally Financial,
                 Po Box 105677,    Atlanta, GA 30348-5677
515680896      +E-mail/Text: ally@ebn.phinsolutions.com Jul 30 2020 23:49:23      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 130424,    Roseville, MN 55113-0004
515762940      +E-mail/Text: bankruptcy@cavps.com Jul 30 2020 23:50:27      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515680908      +E-mail/Text: documentfiling@lciinc.com Jul 30 2020 23:49:22      Comcast,    P.O. Box 1809,
                 Union, NJ 07083-1809
515680909       E-mail/PDF: DellBKNotifications@resurgent.com Jul 30 2020 23:57:05      Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,     Po Box 81577,    Austin, TX 78708
515680910       E-mail/PDF: DellBKNotifications@resurgent.com Jul 30 2020 23:57:04      Dell Financial Services,
                 Po Box 81607,    Austin, TX 78708-1607
515680915       E-mail/Text: bankruptcy@sccompanies.com Jul 30 2020 23:51:00      Ginny’s,    1112 7th Avenue,
                 Monroe, WI 53566-1364
515816975       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 23:57:06
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516172332      +E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2020 23:50:11
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
```

```
District/off: 0312-2          User: admin                Page 2 of 3                  Date Rcvd: Jul 30, 2020
                              Form ID: pdf901            Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516172331         E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2020 23:50:11
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
515680928        +E-mail/Text: bankruptcy@pinnaclerecovery.com Jul 30 2020 23:51:01       Ridge Top Summit,
                  c/o Pinnacle Recovery, Inc.,    P.O. Box 130848,    Carlsbad, CA 92013-0848
515680931         E-mail/Text: appebnmailbox@sprint.com Jul 30 2020 23:50:16       Sprint,    P.O. Box 4191,
                  Carol Stream, IL 60197
517908791        +E-mail/Text: jennifer.chacon@spservicing.com Jul 30 2020 23:50:57
                  Select Portfolio Servicing, Inc,    as servicer for Federal Home Loan Mortg,
                  3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
515680930        +E-mail/Text: bankruptcy@sccompanies.com Jul 30 2020 23:51:00       Seventh Avenue,    1112 7th Ave,
                  Monroe, WI 53566-1364
515680932        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2020 23:50:16       T-Mobile,    c/o MCM,
                  8875 Aero Drive,    San Diego, CA 92123-2251
515779140        +E-mail/Text: bncmail@w-legal.com Jul 30 2020 23:50:21       TD BANK USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515680937        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 30 2020 23:49:19
                  Verizon,    500 Technology Dr,    Ste 550,    Weldon Spring, MO 63304-2225
515680938        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 30 2020 23:49:19
                  Verizon,    Po Box 49,    Lakeland, FL 33802-0049
515680936        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 30 2020 23:49:19
                  Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                                 TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX   75067)
515866578*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515680917*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy,    350 Highland Dr,
                  Lewisville, TX 75067)
515913063*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,
                  Dallas, Texas 75261-9741)
515680921*      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nissn Inf Lt,     Attn: Bankruptcy,    8900 Freeport Parkway,
                  Irving, TX 75063)
517908792*      +Select Portfolio Servicing, Inc,    as servicer for Federal Home Loan Mortg,
                  3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
                                                                                               TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee Et
               Al... bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Brian C. Nicholas    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee Et
               Al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Clifford B. Frish    on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad
               yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
```

```
District/off: 0312-2           User: admin                 Page 3 of 3                  Date Rcvd: Jul 30, 2020
                               Form ID: pdf901             Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Clifford B. Frish   on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        David G. Beslow   on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        David G. Beslow   on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        Denise E. Carlon   on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com

        Kevin Gordon McDonald   on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

        Marie-Ann Greenberg   magecf@magtrustee.com

        Mark Goldman   on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        Mark Goldman   on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

        Melissa N. Licker   on behalf of Creditor   Nationstar Mortgage LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

        Phillip Andrew Raymond   on behalf of Creditor   Nationstar Mortgage LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

        TOTAL: 15