**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Order Filed on October 8, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

HABEEB-ULLAH ABDUR-RAHIM MUHAMMAD
SHAWN YALETTE MUHAMMAD

Case No.:  15-25223 RG

Hearing Date:  10/7/2020

**INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 8, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): HABEEB-ULLAH ABDUR-RAHIM MUHAMMAD

Case No.: 15-25223 SHAWN YALETTE MUHAMMAD

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 10/07/2020 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file amended schedule I with proof of any updated/changed income by 10/21/20 ; and it is further

- ORDERED, that if the Court's Docket does not reflect an amended schedule I has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 11/4/2020 at 10:00 a.m.