| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   HABEEB-ULLAH ABDUR-RAHIM MUHAMMAD<br>   SHAWN YALETTE MUHAMMAD | Case No.:  15-25223 RG<br><br>Hearing Date:  10/7/2020 |

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 8, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): HABEEB-ULLAH ABDUR-RAHIM MUHAMMAD

Case No.: 15-25223 SHARON YALETTE MUHAMMAD

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 10/07/2020 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file amended schedule I with proof of any updated/changed income by 10/21/20 ; and it is further

- ORDERED, that if the Court's Docket does not reflect an amended schedule I has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 11/4/2020 at 10:00 a.m.

United States Bankruptcy Court

District of New Jersey

In re:                                              Case No. 15-25223-RG
Habeeb-Ullah Abdur-Rahim Muhammad                   Chapter 13
Shawn Yalette Muhammad
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Oct 08, 2020     Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

**Recip ID       Recipient Name and Address**
db/jdb         + Habeeb-Ullah Abdur-Rahim Muhammad, Shawn Yalette Muhammad, 154 Mill Street, Belleville, NJ 07109-2415

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
jdb           *+               Shawn Yalette Muhammad, 154 Mill Street, Belleville, NJ 07109-2415

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:**

**Name**                **Email Address**
Andrew M. Lubin
                        on behalf of Creditor Select Portfolio Servicing  Inc. bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Andrew M. Lubin
                        on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee Et Al... bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Brian C. Nicholas
                        on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee Et Al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Clifford B. Frish

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

Clifford B. Frish

on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

David G. Beslow

on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

David G. Beslow

on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

Denise E. Carlon

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanette F. Frankenberg

on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com

Kevin Gordon McDonald

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Mark Goldman

on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

Mark Goldman

on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

Melissa N. Licker

on behalf of Creditor Nationstar Mortgage LLC NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor Nationstar Mortgage LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

TOTAL: 15