Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−25223−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Habeeb−Ullah Abdur−Rahim Muhammad     Shawn Yalette Muhammad
   fdba Bld's Fast Foods     aka Shawn Y. Simmons
   154 Mill Street     154 Mill Street
   Belleville, NJ 07109     Belleville, NJ 07109

Social Security No.:
   xxx−xx−1515     xxx−xx−7732

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date: 5/4/22
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David G. Beslow, Debtor's Attorney

COMMISSION OR FEES
$1200.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: reduction in pro rata distribution to unsecured.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 1, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-25223-RG |
| Habeeb-Ullah Abdur-Rahim Muhammad | Chapter 13 |
| Shawn Yalette Muhammad | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 01, 2022 | Form ID: 137 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Habeeb-Ullah Abdur-Rahim Muhammad, Shawn Yalette Muhammad, 154 Mill Street, Belleville, NJ 07109-2415 |
| cr | + | Nationstar Mortgage LLC, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | Nationstar Mortgage LLC, Stern, Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 515680900 | | American Express Business Card, P.O. Box 7863, Fort Lauderdale, FL 33320 |
| 515680903 | + | Bank of America, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 515680902 | + | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 515680904 | | Bank of America, P.O. Box 2463, Spokane, WA 99210 |
| 515680905 | + | Belleville Water Department, 152 Washington Avenue, Belleville, NJ 07109-2589 |
| 515680906 | + | Black Expressions, c/o RJM Acquisions, LLC, 575 Underhill Blvd., Ste. 224, Syosset, NY 11791-3416 |
| 515680911 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 515680912 | + | Essex County Probation, 50 W Market St, Newark, NJ 07102-1694 |
| 515680913 | | Fingerhut, c/o RJM Acquisition Funding, LLC, P.O. Box 18013, Hauppauge, NY 11788 |
| 515680914 | + | First Tennessee Bank, 1555 Lynnfield Rd, Memphis, TN 38119-7227 |
| 515680922 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissn Inf Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 515680919 | + | New Community FCU, 274 So. Orange Avenue, Newark, NJ 07103-2419 |
| 515754699 | | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 515680920 | + | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 515680923 | + | Office of Child Support, Chancery Division, Family Part, Middlesex County, P.O. Box 2691/ 120 New Street, New Brunswick, NJ 08901-1953 |
| 515680924 | + | P.S.E. & G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 515680929 | + | Ridgetop Village, c/o Aspen National Collection, P.O. Box 10689, Brooksville, FL 34603-0689 |
| 517908791 | + | Select Portfolio Servicing, Inc, as servicer for Federal Home Loan Mortg, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 515680933 | + | Target Card Services, P.O. Box 9500, Minneapolis, MN 55440-9500 |
| 515680934 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 515680935 | + | Ursula S. Pitts, 33 Warren Street, Carteret, NJ 07008-3327 |
| 515680939 | ++ | WACHOVIA BANK NA, MAC X2303-01A, 1 HOME CAMPUS, 1ST FLOOR, DES MOINES IA 50328-0001 address filed with court:, Wachovia, P.O. Box 15026, Wilmington, DE 19850-5026 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515680897 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 01 2022 20:46:00 | Ally Financial, Po Box 105677, Atlanta, GA 30348-5677 |
| 515680896 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 01 2022 20:46:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 130424, Roseville, MN 55113-0004 |
| 515680898 | + | Email/PDF: bncnotices@becket-lee.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 515887411 | | Email/PDF: bncnotices@becket-lee.com | Apr 01 2022 20:50:13 | American Express, P.O. Box 297804, Fort Lauderdale, FL 33329-7804 |
| 515680899 | | Email/PDF: bncnotices@becket-lee.com | Apr 01 2022 20:50:13 | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515836723 | | Email/PDF: bncnotices@becket-lee.com | Apr 01 2022 20:50:28 | American Express Blue, P.O. Box 7863, Fort Lauderdale, FL 33329 |
| 515680903 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 01 2022 20:50:04 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515680902 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 01 2022 20:46:14 | Bank of America, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 515680904 | | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 01 2022 20:46:14 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 515680901 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2022 20:46:14 | Bank of America, P.O. Box 2463, Spokane, WA 99210 |
| 515762940 | + | Email/Text: bankruptcy@cavps.com | Apr 01 2022 20:50:14 | AT & T, P.O. Box 183051, Columbus, OH 43218 |
| 515680907 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2022 20:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 515680908 | + | Email/Text: documentfiling@lciinc.com | Apr 01 2022 20:49:53 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 515680909 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 01 2022 20:46:00 | Comcast, P.O. Box 1809, Union, NJ 07083-1809 |
| 515680910 | + | Email/PDF: DellBKNotifications@resurgent.com | Apr 01 2022 20:50:13 | Dell Financial Services, Dell Financial Services Attn: Bankrupcty, Po Box 81577, Austin, TX 78708 |
| 515680915 | | Email/Text: bankruptcy@sccompanies.com | Apr 01 2022 20:50:13 | Dell Financial Services, Po Box 81607, Austin, TX 78708-1607 |
| 515680916 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 01 2022 20:47:00 | Ginny's, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 515816975 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2022 20:46:00 | HSBC Card Services, P.O. Box 21550, Tulsa, OK 74121 |
| | | | Apr 01 2022 20:49:51 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515680918 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 01 2022 20:46:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067 |
| 515680917 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 01 2022 20:46:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067 |
| 515913063 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 01 2022 20:46:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9741 |
| 515680927 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2022 20:46:00 | PNC Bank, N.A., P.O. Box 5570, Cleveland, OH 44101 |
| 515680926 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2022 20:46:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 515680925 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2022 20:46:00 | Pnc Bank, Attn: Bankruptcy, Po Box 5570, Cleveland, OH 44101 |
| 516172331 | | Email/Text: bnc-quantum@quantum3group.com | Apr 01 2022 20:47:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516172332 | + | Email/Text: bnc-quantum@quantum3group.com | Apr 01 2022 20:47:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, MOMA Funding LLC 98083-0788 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: 137 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 515680928 | + | Email/Text: bankruptcy@pinnaclerecovery.com | Apr 01 2022 20:47:00 | Ridge Top Summit, c/o Pinnacle Recovery, Inc., P.O. Box 130848, Carlsbad, CA 92013-0848 |
| 515680931 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 01 2022 20:50:32 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 517908791 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 01 2022 20:47:00 | Select Portfolio Servicing, Inc, as servicer for Federal Home Loan Mortg, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 515680930 | + | Email/Text: bankruptcy@sccompanies.com | Apr 01 2022 20:47:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 515680932 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 01 2022 20:47:00 | T-Mobile, c/o MCM, 8875 Aero Drive, San Diego, CA 92123-2251 |
| 515779140 | + | Email/Text: bncmail@w-legal.com | Apr 01 2022 20:47:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515680933 | + | Email/Text: bncmail@w-legal.com | Apr 01 2022 20:46:00 | Target Card Services, P.O. Box 9500, Minneapolis, MN 55440-9500 |
| 515680934 | + | Email/Text: bncmail@w-legal.com | Apr 01 2022 20:46:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 515680936 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 01 2022 20:46:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 515680937 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 01 2022 20:46:00 | Verizon, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 515680938 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 01 2022 20:46:00 | Verizon, Po Box 49, Lakeland, FL 33802-0049 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 515866578 | * | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515680921 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissn Inf Lt, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |
| 517908792 | *+ | Select Portfolio Servicing, Inc, as servicer for Federal Home Loan Mortg, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Apr 03, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 01, 2022 | Form ID: 137 | Total Noticed: 58 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee Et Al... nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Brian C. Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee Et Al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Clifford B. Frish | on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| Clifford B. Frish | on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| David G. Beslow | on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com |
| Kevin Gordon McDonald | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Habeeb-Ullah Abdur-Rahim Muhammad yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Mark Goldman | on behalf of Joint Debtor Shawn Yalette Muhammad yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |

TOTAL: 15