UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtors, Habeeb and Shawn Muhammad

In Re:

HABEEB-ULLAH ABDUL-RAHIM MUHAMMAD and SHAWN YALETTE MUHAMMAD,

Debtors

Case No.: 15-25223
Chapter: 13
Hearing Date: May 4, 2022
Judge: RG

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Application for Compensation (Doc 124)

Date: April 5, 4022

/s/ Mark Goldman, Esq.
Signature

*rev.8/1/15*