| UNITED STATES BANKRUPTCY COURT |
| NEW JERSEY |

In Re:
Habeeb-Ullah Abdur-Rahim Muhammad
Shawn Yalette Muhammad

Case No.: 15-25223

Chapter: 13

Judge:

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Habeeb-Ullah Abdur-Rahim Muhammad_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☑ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: August 24, 2022

_____
Habeeb-Ullah Abdur-Rahim Muhammad
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | |
| In Re:<br>Habeeb-Ullah Abdur-Rahim Muhammad<br>Shawn Yalette Muhammad | Case No.: 15-25223<br>Chapter: 13<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Shawn Yalette Muhammad__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: August 24, 2022

_Shawn Yalette Muhammad_
Shawn Yalette Muhammad
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18