**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

**HABEEB-ULLAH ABDUR-RAHIM MUHAMMAD**          Case No.:  15-25223 RG
**SHAWN YALETTE MUHAMMAD,**

                                                      **Debtors**

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $5.42, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.


Payee Name & Address:      PSE&G
                           PO BOX 490
                           ATTN: BANKRUPTCY DEPT
                           CRANFORD, NJ  07016

Amount:                    $5.42

Trustee Claim Number:      29

Court Claim Number:        7

Reason:                     Checks have been returned as undeliverable


                                  By:   /S/  Marie-Ann Greenberg

Dated:  September 19, 2022               MARIE-ANN GREENBERG
                                         CHAPTER 13 STANDING TRUSTEE