Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−25223−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Habeeb−Ullah Abdur−Rahim Muhammad | Shawn Yalette Muhammad |
| fdba Bld's Fast Foods | aka Shawn Y. Simmons |
| 154 Mill Street | 154 Mill Street |
| Belleville, NJ 07109 | Belleville, NJ 07109 |

Social Security No.:
  xxx−xx−1515                                        xxx−xx−7732

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: November 28, 2022            Rosemary Gambardella
                                    Judge, United States Bankruptcy Court